**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: SOKOLENKO, LESYA § | Case No. 08-14121-JS |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of U.S. Bankruptcy Court
   219 S. Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 06/24/2011 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  05/19/2011          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                                     Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SOKOLENKO, LESYA    § Case No. 08-14121-JS
                          §
                          §
Debtor(s)                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 27,510.54 |
| *and approved disbursements of* | $ 29.73 |
| *leaving a balance on hand of* [1] | $ 27,480.81 |
| **Balance on hand:** | $ 27,480.81 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 27,480.81 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 3,501.05 | 0.00 | 3,501.05 |
| Trustee, Expenses - DAVID GROCHOCINSKI, TRUSTEE | 500.00 | 0.00 | 500.00 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 15,000.00 | 0.00 | 15,000.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 305.74 | 0.00 | 305.74 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,445.00 | 0.00 | 1,445.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 20,751.79 |
| Remaining balance: | $ 6,729.02 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,729.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,729.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,918.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery II assignee of Carsons c/o Recovery Mgmt | 993.60 | 0.00 | 94.28 |
| 2 | Nordstrom Fsb | 2,330.73 | 0.00 | 221.15 |
| 3 | PYOD LLC its successors and assigns as assignee of Citibank | 1,971.46 | 0.00 | 187.06 |
| 4 | Discover Bank/DFS Services LLC | 4,437.10 | 0.00 | 421.01 |
| 5 -3 | CHASE BANK USA, NA | 8,513.87 | 0.00 | 807.83 |
| 6 -3 | CHASE BANK USA, NA | 3,337.66 | 0.00 | 316.69 |
| 7 | LVNV Funding LLC | 5,260.99 | 0.00 | 499.18 |
| 8 | LVNV Funding LLC | 699.56 | 0.00 | 66.38 |
| 9 | LVNV Funding LLC | 788.98 | 0.00 | 74.86 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Chase Bank USA,N.A | 1,374.72 | 0.00 | 130.44 |
| 11 -3 | CHASE BANK USA, NA | 7,370.09 | 0.00 | 699.30 |
| 12 | JPMorgan Chase Bank, NA | 33,839.69 | 0.00 | 3,210.84 |

Total to be paid for timely general unsecured claims:    $    6,729.02
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 3,791.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Citicorp Trust Bank | 3,791.60 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $    0.00
Remaining balance:    $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                    Case No. 08-14121-JHS
Lesya Sokolenko                                                                           Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vrowe                Page 1 of 3                      Date Rcvd: May 20, 2011
                              Form ID: pdf006            Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2011.
```
db           +Lesya Sokolenko,    P.O. Box 1156,    Streamwood, IL 60107-8156
aty          +Alexey Y Kaplan,    Kaplan Law Offices P C,    4043 West Dempster Street,    Skokie, IL 60076-2148
aty          +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Brian D Johnson,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty          +Kathleen M. McGuire,    P.O. Box 417,    La Grange, IL 60525-0417
aty          +Kathleen McGuire,    Grochocinski, Grochocinski & Lloyd, Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
12290615      AMCA Collection Agency,    PO Box 1235,    Elmsford, NY 10523-0935
12290614     +AMCA Collection Agency,    2269 S. Saw Mill River Road,    Building 3,    Elmsford, NY 10523-3848
12290616     +AT&T Real Yellow Pages,    Attention: Customer Care,    1615 Bluff City Highway,
               Bristol, TN 37620-6055
12290617     +AT&T Yellow Pages Dex,    8519 Innovation Way,    Chicago, IL 60682-0085
12747333     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14361637      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
12290671    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court: Wash Mutual/Providian,    Po Box 9180,    Pleasanton, CA 94566)
12290672    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court: Washington Mutual Fa,    Po Box 1093,    Northridge, CA 91328)
12698558     +Capital Recovery II assignee of Carsons,    C/O Recovery Management Systems Corp,
               25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
12290618     +Cbna,    Po Box 769006,    San Antonio, TX 78245-9006
12290623     +Chase,    c/o Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
12290619     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12290622      Chase,    PO Box 260161,    Baton Rouge, LA 70826-0161
12858111     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12290624     +Chld/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
12290626     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15318493      Citicorp Trust Bank,    P.O. Box 140489,    Irving, TX 75014-0489
12290627     +Citifinancial Retail S,    Po Box 22066,    Tempe, AZ 85285-2066
12290629     +Echelon Recovery, Inc.,    PO Box 1880,    Voorhees, NJ 08043-7880
12290630     +Emc Mortgage,    800 State Highway 121 By,    Lewisville, TX 75057-4115
12290632      Forcus Receivables Management, LLC,    PO Box 725069,    Atlanta, GA 31139-2069
12290646    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850)
12290645     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12290647     +Hsbc/Bstby,    1405 Foulk Road,    Wilmington, DE 19803-2769
12290648     +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
12290649     +Hsbc/Mnrds,    90 Christiana Rd,    New Castle, DE 19720-3118
12290650     +Indymac Bank,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
12290652     +Indymac Bank,    c/o Pierce & Assoc.,    1 N. Dearborn, 13th Floor,    Chicago, IL 60602-4321
13024244     +JPMorgan Chase Bank, NA,    c/o Esther Bullock,    P.O. Box 29550,    Phoenix, Arizona 85038-9550
12290655     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
12290657     +Micahel D. Fine, Esq.,    131 S. Dearborn Street, Floor 5,    Chicago, IL 60603-5571
12290658     +Nbgl-Carsons,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
12290661    +++Nordstrom Fsb,    Po Box 6566,    Englewood, CO 80155-6566
12290662     +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
12290664     +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
12290668     +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
12290669     +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
12290670     +U.S. Bank N.A.,    c/o Freedman Anselmo Lindberg,    1807 W. Diehl Rd., Ste. 333,
               Naperville, IL 60563-1890
12290673     +Wells Fargo Bank,    711 W Broadway Rd,    Tempe, AZ 85282-1218
12290674     +Wfnnb/Valucityroomstod,    Po Box 182303,    Columbus, OH 43218-2303
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12730296     +E-mail/PDF: mrdiscen@discoverfinancial.com May 20 2011 22:58:47
               Discover Bank/DFS Services LLC,    POB 3025,    New Albany Ohio 43054-3025
12290628     +E-mail/PDF: mrdiscen@discoverfinancial.com May 20 2011 22:58:47     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
12290633     +E-mail/PDF: gecsedi@recoverycorp.com May 20 2011 23:00:20     Gemb/Care Credit,    Po Box 981439,
               El Paso, TX 79998-1439
12290634     +E-mail/PDF: gecsedi@recoverycorp.com May 20 2011 23:00:20     Gemb/Jcp,    Po Box 984100,
               El Paso, TX 79998-4100
```

```
District/off: 0752-1          User: vrowe                  Page 2 of 3                   Date Rcvd: May 20, 2011
                              Form ID: pdf006              Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12290635      +E-mail/PDF: gecsedi@recoverycorp.com May 20 2011 23:00:20      Gemb/Jcp,    Po Box 981402,
               El Paso, TX 79998-1402
12290637       E-mail/PDF: gecsedi@recoverycorp.com May 20 2011 23:00:20      Gemb/Lowes,    Po Box 103065,
               Roswell, GA 30076
12290638      +E-mail/PDF: gecsedi@recoverycorp.com May 20 2011 23:00:20      Gemb/Old Navy,    Po Box 981400,
               El Paso, TX 79998-1400
12290639      +E-mail/PDF: gecsedi@recoverycorp.com May 20 2011 23:00:20      Gemb/Sam,    Po Box 981400,
               El Paso, TX 79998-1400
12290641      +E-mail/PDF: gecsedi@recoverycorp.com May 20 2011 23:00:20      Gemb/Sams Club,    Po Box 981400,
               El Paso, TX 79998-1400
12290643      +E-mail/PDF: gecsedi@recoverycorp.com May 20 2011 23:00:20      Gemb/Sams Club Dc,    Po Box 981400,
               El Paso, TX 79998-1400
12290653      +E-mail/PDF: cr-bankruptcy@kohls.com May 20 2011 22:58:47       Kohls/Chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
12835593       E-mail/Text: resurgentbknotifications@resurgent.com May 20 2011 22:40:56      LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12290654      +E-mail/Text: resurgentbknotifications@resurgent.com May 20 2011 22:40:56      Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
12290659      +E-mail/Text: bankrup@nicor.com May 20 2011 22:41:10      Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
12729044       E-mail/Text: resurgentbknotifications@resurgent.com May 20 2011 22:40:56
               PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Grochocinski
14361646*     CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
14361650*     CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
12290620*    +Chase,   800 Brooksedge Blvd,     Westerville, OH 43081-2822
12290621*    +Chase,   800 Brooksedge Blvd,     Westerville, OH 43081-2822
12290625*    +Chld/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
12290631*    +Emc Mortgage,    800 State Highway 121 By,    Lewisville, TX 75057-4115
12290636*    +Gemb/Jcp,    Po Box 984100,    El Paso, TX 79998-4100
12290640*    +Gemb/Sam,    Po Box 981400,    El Paso, TX 79998-1400
12290642*    +Gemb/Sams Club,    Po Box 981400,    El Paso, TX 79998-1400
12290644*    +Gemb/Sams Club Dc,    Po Box 981400,    El Paso, TX 79998-1400
12290651*    +Indymac Bank,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
12290656*    +Mcydsnb,   9111 Duke Blvd,     Mason, OH 45040-8999
12290660*    +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
12290663*    +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
12290665*    +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
12290666*    +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
12290667*    +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
                                                                                   TOTALS: 1, * 17, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1           User: vrowe              Page 3 of 3            Date Rcvd: May 20, 2011
                               Form ID: pdf006         Total Noticed: 64

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2011**                    **Signature:**   *Joseph Speetjens*