# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: SOKOLENKO, LESYA         § Case No. 08-14121-JS
                                §
                                §
Debtor(s)                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $700,000.00<br>*(without deducting any secured claims)* | Assets Exempt:  $3,285.00 |
| Total Distribution to Claimants: $6,729.41 | Claims Discharged<br>Without Payment:  $67,980.64 |
| Total Expenses of Administration:  $20,781.52 | |

  3) Total gross receipts of $    27,510.93   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $27,510.93 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 25,320.77 | 20,781.52 | 20,781.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 74,710.05 | 74,710.05 | 6,729.41 |
| **TOTAL DISBURSEMENTS** | $0.00 | $100,030.82 | $95,491.57 | $27,510.93 |

4) This case was originally filed under Chapter 7 on June 02, 2008. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2011            By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ADVERSARY 09A 330 | 1249-000 | 27,500.00 |
| Interest Income | 1270-000 | 10.93 |
| **TOTAL GROSS RECEIPTS** | | **$27,510.93** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 3,501.05 | 3,501.05 | 3,501.05 |
| DAVID GROCHOCINSKI, TRUSTEE | 2200-000 | N/A | 500.00 | 500.00 | 500.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 19,539.25 | 15,000.00 | 15,000.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 305.74 | 305.74 | 305.74 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | | N/A | 1,445.00 | 1,445.00 | 1,445.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 11.62 | 11.62 | 11.62 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 18.11 | 18.11 | 18.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 25,320.77 | 20,781.52 | 20,781.52 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery II assignee of Carsons c/o Recovery Mgmt | 7100-000 | N/A | 993.60 | 993.60 | 94.28 |
| 2 | Nordstrom Fsb | 7100-000 | N/A | 2,330.73 | 2,330.73 | 221.16 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,971.46 | 1,971.46 | 187.07 |
| 4 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 4,437.10 | 4,437.10 | 421.03 |
| 5 -3 | CHASE BANK USA, NA | 7100-000 | N/A | 8,513.87 | 8,513.87 | 807.88 |
| 6 -3 | CHASE BANK USA, NA | 7100-000 | N/A | 3,337.66 | 3,337.66 | 316.71 |
| 7 | LVNV Funding LLC | 7100-000 | N/A | 5,260.99 | 5,260.99 | 499.21 |
| 8 | LVNV Funding LLC | 7100-000 | N/A | 699.56 | 699.56 | 66.38 |
| 9 | LVNV Funding LLC | 7100-000 | N/A | 788.98 | 788.98 | 74.87 |
| 10 | Chase Bank USA,N.A | 7100-000 | N/A | 1,374.72 | 1,374.72 | 130.45 |
| 11 -3 | CHASE BANK USA, NA | 7100-000 | N/A | 7,370.09 | 7,370.09 | 699.34 |

**UST Form 101-7-TDR (10/1/2010)**

| 12 | JPMorgan Chase Bank, NA | 7100-000 | N/A | 33,839.69 | 33,839.69 | 3,211.03 |
| 13 | Citicorp Trust Bank | 7200-000 | N/A | 3,791.60 | 3,791.60 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 74,710.05 | 74,710.05 | 6,729.41 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-14121-JS  
**Case Name:** SOKOLENKO, LESYA  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 06/02/08 (f)  
**§341(a) Meeting Date:** 07/08/08  

**Period Ending:** 08/09/11  

**Claims Bar Date:** 01/08/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 631 STRATON CIRCLE, WEST DUNDEE | 420,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1892 KEYSTONE PLACE, SCHAUMBURG, IL | 380,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 1423 SEWARD STREET, SCHAUMBURG, IL | 320,000.00 | 50,000.00 | DA | 0.00 | FA |
| 4 | CASH | 250.00 | 0.00 | | 0.00 | FA |
| 5 | CHECKING/SAVINGS ACCOUNTS | 835.00 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 8 | LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2007XC 90 VOLVO | 15,000.00 | 0.00 | | 0.00 | FA |
| 10 | ADVERSARY 09A 330 (u) | 27,500.00 | 27,500.00 | | 27,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 10.93 | FA |
| **11** | **Assets** **Totals** (Excluding unknown values) | **$1,165,785.00** | **$77,500.00** | | **$27,510.93** | **$0.00** |

**Major Activities Affecting Case Closing:**

ONGOING INVESTIGATION OF TRANSFERS AND ASSETS PENDING; SETTLEMENT OF 727 CASE; DEBTOR MAKING PAYMENTS ON SETTLEMENT; CLAIM REVIEW PENDING; PAYMENTS FROM DEBTOR ONGOING; UPON COMPLETION FINAL REPORT TO BE FILED.

**Initial Projected Date Of Final Report (TFR):** September 30, 2010    **Current Projected Date Of Final Report (TFR):** May 19, 2011  (Actual)

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-14121-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | SOKOLENKO, LESYA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****79-65 - Money Market Account |
| Taxpayer ID #: | **-***8364 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/09/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/09 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 8,000.00 | | 8,000.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 8,000.16 |
| 07/10/09 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 9,000.16 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,000.52 |
| 08/05/09 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 10,000.52 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 10,000.93 |
| 09/09/09 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 11,000.93 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 11,001.36 |
| 10/13/09 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 12,001.36 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 12,001.83 |
| 11/12/09 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 13,001.83 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 13,002.35 |
| 12/08/09 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 14,002.35 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 14,002.92 |
| 01/07/10 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 15,002.92 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 15,003.50 |
| 02/05/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-14121, BOND#016026455 | 2300-000 | | 11.62 | 14,991.88 |
| 02/17/10 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 15,991.88 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 15,992.46 |
| 03/09/10 | {10} | LEYSA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 16,992.46 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 0.74 | | 16,993.20 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.11 | | 16,993.31 |
| 04/06/10 | | Wire out to BNYM account 9200******7965 | Wire out to BNYM account 9200******7965 | 9999-000 | -16,993.31 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 11.62 | 11.62 | $0.00 |
| Less: Bank Transfers | | -16,993.31 | 0.00 | |
| Subtotal | | 17,004.93 | 11.62 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $17,004.93 | $11.62 | |

{} Asset reference(s)

Printed: 08/09/2011 09:01 AM  V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-14121-JS  
**Case Name:** SOKOLENKO, LESYA  

**Taxpayer ID #:** **-***8364  
**Period Ending:** 08/09/11  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****79-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 08/09/2011 09:01 AM    V.12.57

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 08-14121-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | SOKOLENKO, LESYA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******79-65 - Money Market Account |
| Taxpayer ID #: | **-***8364 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/09/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | 9999-000 | 16,993.31 | | 16,993.31 |
| 04/09/10 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 17,993.31 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.60 | | 17,993.91 |
| 05/10/10 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 18,993.91 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.80 | | 18,994.71 |
| 06/10/10 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 19,994.71 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.80 | | 19,995.51 |
| 07/15/10 | {10} | LEYSA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 20,995.51 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.88 | | 20,996.39 |
| 08/10/10 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 21,996.39 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.90 | | 21,997.29 |
| 09/21/10 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 22,997.29 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 22,997.46 |
| 10/22/10 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 23,997.46 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,997.64 |
| 11/15/10 | {10} | LARYSA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 24,997.64 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 24,997.83 |
| 12/01/10 | {10} | LARYSA SOKOLENKO | RE-DEPOSIT 11/10/10 CHECK WHICH CAME BACK NSF | 1249-000 | 1,000.00 | | 25,997.83 |
| 12/01/10 | {10} | LARYSA SOKOLENKO | Reversed Deposit 100018 1 SETTLEMENT PAYMENT | 1249-000 | -1,000.00 | | 24,997.83 |
| 12/09/10 | {10} | SARYSA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 1,000.00 | | 25,997.83 |
| 12/15/10 | {10} | LARYSA SOKOLENKO | Reversed Deposit 100019 1 RE-DEPOSIT 11/10/10 CHECK WHICH CAME BACK NSF | 1249-000 | -1,000.00 | | 24,997.83 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 24,998.04 |
| 01/11/11 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 2,000.00 | | 26,998.04 |
| 01/25/11 | {10} | LESYA SOKOLENKO | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 27,498.04 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,498.26 |
| 02/15/11 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-14121, Bond#016026455 | 2300-000 | | 18.11 | 27,480.15 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 27,480.36 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,480.59 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 27,480.74 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 27,480.81 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,481.04 |

Subtotals : $27,499.15 $18.11

{} Asset reference(s)     Printed: 08/09/2011 09:01 AM     V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-14121-JS  **Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Case Name:** SOKOLENKO, LESYA  **Bank Name:** The Bank of New York Mellon
 **Account:** 9200-******79-65 - Money Market Account
**Taxpayer ID #:** **-***8364  **Blanket Bond:** $5,000,000.00 (per case limit)
**Period Ending:** 08/09/11  **Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.16 | | 27,481.20 |
| 06/23/11 | | To Account #9200******7966 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 27,481.20 | 0.00 |
| | | | ACCOUNT TOTALS | | 27,499.31 | 27,499.31 | $0.00 |
| | | | Less: Bank Transfers | | 16,993.31 | 27,481.20 | |
| | | | Subtotal | | 10,506.00 | 18.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,506.00 | $18.11 | |

{} Asset reference(s) Printed: 08/09/2011 09:01 AM V.12.57

## FORM 2
### Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 08-14121-JS  
**Case Name:** SOKOLENKO, LESYA  

**Taxpayer ID #:** **-***8364  
**Period Ending:** 08/09/11  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******79-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/11 | | From Account #9200******7965 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 27,481.20 | | 27,481.20 |
| 06/24/11 | 10101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $3,501.05, Trustee Compensation; Reference: | 2100-000 | | 3,501.05 | 23,980.15 |
| 06/24/11 | 10102 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $500.00, Trustee Expenses; Reference: | 2200-000 | | 500.00 | 23,480.15 |
| 06/24/11 | 10103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $15,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 15,000.00 | 8,480.15 |
| 06/24/11 | 10104 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $305.74, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 305.74 | 8,174.41 |
| 06/24/11 | 10105 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,445.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,445.00 | 6,729.41 |
| 06/24/11 | 10106 | Capital Recovery II assignee of Carsons c/o Recovery Mgmt | Dividend paid 9.48% on $993.60; Claim# 1; Filed: $993.60; Reference: | 7100-000 | | 94.28 | 6,635.13 |
| 06/24/11 | 10107 | Nordstrom Fsb | Dividend paid 9.48% on $2,330.73; Claim# 2; Filed: $2,330.73; Reference: | 7100-000 | | 221.16 | 6,413.97 |
| 06/24/11 | 10108 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 9.48% on $1,971.46; Claim# 3; Filed: $1,971.46; Reference: | 7100-000 | | 187.07 | 6,226.90 |
| 06/24/11 | 10109 | Discover Bank/DFS Services LLC | Dividend paid 9.48% on $4,437.10; Claim# 4; Filed: $4,437.10; Reference: | 7100-000 | | 421.03 | 5,805.87 |
| 06/24/11 | 10110 | CHASE BANK USA, NA | Dividend paid 9.48% on $8,513.87; Claim# 5-3; Filed: $8,513.87; Reference: | 7100-000 | | 807.88 | 4,997.99 |
| 06/24/11 | 10111 | CHASE BANK USA, NA | Dividend paid 9.48% on $3,337.66; Claim# 6-3; Filed: $3,337.66; Reference: | 7100-000 | | 316.71 | 4,681.28 |
| 06/24/11 | 10112 | LVNV Funding LLC | Dividend paid 9.48% on $5,260.99; Claim# 7; Filed: $5,260.99; Reference: | 7100-000 | | 499.21 | 4,182.07 |
| 06/24/11 | 10113 | LVNV Funding LLC | Dividend paid 9.48% on $699.56; Claim# 8; Filed: $699.56; Reference: | 7100-000 | | 66.38 | 4,115.69 |
| 06/24/11 | 10114 | LVNV Funding LLC | Dividend paid 9.48% on $788.98; Claim# 9; Filed: $788.98; Reference: | 7100-000 | | 74.87 | 4,040.82 |
| 06/24/11 | 10115 | Chase Bank USA,N.A | Dividend paid 9.48% on $1,374.72; Claim# 10; Filed: $1,374.72; Reference: | 7100-000 | | 130.45 | 3,910.37 |
| 06/24/11 | 10116 | CHASE BANK USA, NA | Dividend paid 9.48% on $7,370.09; Claim# 11-3; Filed: $7,370.09; Reference: | 7100-000 | | 699.34 | 3,211.03 |
| 06/24/11 | 10117 | JPMorgan Chase Bank, NA | Dividend paid 9.48% on $33,839.69; Claim# 12; Filed: $33,839.69; Reference: | 7100-000 | | 3,211.03 | 0.00 |

Subtotals : $27,481.20  $27,481.20

{} Asset reference(s)

Printed: 08/09/2011 09:01 AM   V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 08-14121-JS  
**Case Name:** SOKOLENKO, LESYA  

**Taxpayer ID #:** **-***8364  
**Period Ending:** 08/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******79-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 27,481.20 | 27,481.20 | $0.00 |
| | | | Less: Bank Transfers | | 27,481.20 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 27,481.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $27,481.20 | |

Net Receipts : 27,510.93  
Net Estate : $27,510.93

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****79-65** | 17,004.93 | 11.62 | 0.00 |
| **Checking # ***-*****79-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******79-65** | 10,506.00 | 18.11 | 0.00 |
| **Checking # 9200-******79-66** | 0.00 | 27,481.20 | 0.00 |
| | $27,510.93 | $27,510.93 | $0.00 |

{} Asset reference(s)

Printed: 08/09/2011 09:01 AM V.12.57